IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARIAM BAILEY                                                                    PLAINTIFF

V.                                                              CAUSE NO. 3:14-CV-72-SA-JMV

STANLEY ACCESS                                                            DEFENDANTS
TECHNOLOGIES, INC., and
DESOTO INNS, INC.

AGREED ORDER OF DISMISSAL

Upon the *ore tenus* motion of Plaintiff Mariam Bailey to dismiss her Complaint with

prejudice, and the Court being advised that a settlement has been reached between the parties, and

being otherwise advised in the premises, finds that said motion is well-taken.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is hereby DISMISSED with

prejudice with each party to bear their own costs.

**SO ORDERED on this the 24th day of March, 2016.**


    __/s/    Sharion Aycock_____
    **UNITED STATES DISTRICT JUDGE**